UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Marianne Liptak, Trustee for the Next of Kin of Theresa Rotter and Personal Representative of the Estate of Theresa Rotter,<br><br>Plaintiffs,<br><br>vs.<br><br>Ramsey County d/b/a Ramsey County Care Center; Steven Fritzke, in his individual capacity as Administrator of the Ramsey County Care Center; Joleen Magee, in her individual capacity as the Director of Nursing of the Ramsey County Care Center; and John Doe, in his individual capacity as an employee of the Ramsey County Care Center,<br><br>Defendants. | CIVIL NO. 16-cv-225-ADM-JSM<br><br><br><br>**PLAINTIFFS' MOTION TO COMPEL THE MINNESOTA DEPARTMENT OF HEALTH TO PRODUCE THE SUBPOENAED DOCUMENTS** |

TO: **DEFENDANTS ABOVE NAMED AND THEIR ATTORNEYS,** Robert Mahoney and Andrea P. Hoversten, Geraghty O'Loughlin & Kenney, P.A., 55 East Fifth Street, Alliance Bank Center, Suite 1100, Saint Paul, Minnesota 55101; **STATE OF MINNESOTA DEPARTMENT OF HEALTH, AND ITS ATTORNEYS**, Audrey Kaiser Manka and Timothy S. Christensen, Assistant Attorneys General, Suite 900, 445 Minnesota Street St. Paul, MN 55101; **UNITED STATES AND ITS ATTORNEY**¸ D. Gerald Wilhelm, Assistant United States Attorney, 600 U.S. Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415.

## **MOTION**

Plaintiffs bring this motion, requesting an Order pursuant to Fed. R. Civ. P. 45(d)(2)(B)(i) compelling the Minnesota Department of Health (MDH) to produce select,

1

uncensored portions of its investigation file relating to Theresa Rotter's March 31, 2013, injury at the Ramsey County Care Center.

Dated: May 24, 2016             ____s/ Andrew D. Gross_____
                                Mark R. Kosieradzki (ID# 577745)
                                Joel E. Smith (ID# 213184)
                                Andrew D. Gross (ID# 0395389)
                                **KOSIERADZKI SMITH LAW FIRM, LLC**
                                3675 Plymouth Blvd, Suite 105
                                Plymouth, MN 55446
                                (764) 746-7800
                                mark@koslawfirm.com
                                joel@koslawfirm.com
                                andrew@koslawfirm.com
                                *Attorney for Plaintiffs*